UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

MIDWEST MILLWRIGHTS, INC.,

Defendant.

Civil No. 01-1468MJD/JGL

**STIPULATION OF COUNSEL TO FILE DOCUMENTS UNDER SEAL**

The parties through their respective counsel stipulate and agree that the Court may enter an Order permitting Timothy A. Sullivan, Best & Flanagan, LLP to file Mr. Sullivan's Affidavit and Memorandum of Law under seal in conjunction with his Motion to Withdraw.

Date: January 30, 2003.

BEST & FLANAGAN LLP

By [signature]

Timothy A. Sullivan (#107165)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402-4331
(612) 339-7121

JAN 31 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: January 10, 2003.

MCGRANN SHEA ANDERSON
CARNIVAL STRAUGHN & LAMB

By ______________________
Pamela Hodges Nissen
800 Nicollet Mall, Suite 2600,
Minneapolis, MN 55402-7035

**ORDER**

Based on the parties' stipulation Timothy A. Sullivan may file his Affidavit and Memorandum in Support of his Motion to Withdraw under seal. The clerk is directed to accept said documents filed under seal.

Date: ______________, 2003.

______________________
Magistrate Judge Jonathan G. Lebedoff

015400-202551 / 224896