**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,**

Plaintiffs,

v.

**MIDWEST MILLWRIGHTS, INC.,**

Defendant.

Civil No. 01-1468 (MJD/JGL)

**O R D E R**

---

APPEARANCES

Timothy A. Sullivan, Esq. for the law firm Best & Flanagan LLP.

Timothy Foster, Esq. for Plaintiff.

Robert Slattery, President of Defendant Midwest Millwrights, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on February 14, 2003, on the Motion of Best & Flanagan, LLP and Timothy A. Sullivan, Esq. to Withdraw as Counsel for Defendant Midwest Millwrights, Inc. (Doc. No. 8) The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

FILED 3-18-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion for Withdrawal of Counsel (Doc. No. 8) is **GRANTED**.

Dated: March 18, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge