**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CARPENTERS AND JOINERS WELFARE FUND; TWIN CITY CARPENTERS PENSION FUN; TWIN CITY CARPENTERS APPRENTICESHIP FUND; and TWIN CITY CARPENTERS VACATION FUND, suing as Twin City Carpenters Vacation Fund Trusts,**

Plaintiffs,

v.

**MIDWEST MILLWRIGHTS, INC.,**

Defendant.

Civil No. 01-1468 (MJD/JGL)

**MINUTE ORDER**

APPEARANCES

Pamela Hodges Nissen, Esq., on behalf of Plaintiff

A hearing was held on July 15, 2003 before Chief United States Magistrate Judge Jonathan Lebedoff on Plaintiffs' Motion to Amend Scheduling Order (No Doc. No.). The Motion was **GRANTED** from the Bench as set forth on page 2 of this document.

FILED JUL 1 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

MIDWEST MILLWRIGHTS, INC.,

Defendant.

Civil No. 01-1468 MJD/JGL

**ORDER**

---

The Court having considered Plaintiffs' Motion to Amend the Scheduling Order to grant leave to file a Summary Judgment Motion, along with the files and records herein:

IT IS HEREBY ORDERED:

1. That the scheduling order, dated October 16, 2001, shall be amended to allow Plaintiffs' to bring before this Court a Motion for Summary Judgment no later than August 1, 2003.

Dated: July 15, 2003

Jonathan G. Lebedoff
United States Chief Magistrate Judge