ORIGINAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

MIDWEST MILLWRIGHTS, INC.,

Defendant.

Civil File No. 01-1468 (MJD/JGL)

**ORDER FOR SUMMARY JUDGMENT**

---

This Matter came before the Court pursuant to the Plaintiffs' motion for summary judgment. Pamela Hodges Nissen, Esq. appeared for Plaintiffs. Defendant's attorney withdrew from the representation of Defendant, pursuant to the Magistrate Court's Order on March 18, 2003. Defendant is, therefore, unrepresented.

Based on all the records and proceedings herein, including the written and oral submissions of counsel:

1. Plaintiffs' Motion for Summary Judgment is granted in its entirety.

2. Plaintiffs are entitled to a money judgment in the amount of $66,937.49 against Defendant Midwest Millwrights, Inc. for the unpaid fringe benefit contributions due for the period of June, 2001, through August, 2001.



OCT - 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiffs are entitled to a money judgment in the amount of $39,374.99 against Defendant Midwest Millwrights, Inc. for liquidated damages due for the period of June, 2001, through August, 2001.

4. Plaintiffs are entitled to a money judgment in the amount of $2,041.11 against Defendant Midwest Millwrights, Inc. for liquidated damages due for the period of September, 2001, through January, 2002.

5. Plaintiffs are entitled to an additional award in the amount of $27,937.29 for their reasonable attorney fees and costs.

It is HEREBY ORDERED that judgment shall be entered in favor of the Plaintiffs and against Defendant Midwest Millwrights, Inc. in the amount of $136,290.88 for unpaid contributions, liquidated damages, and attorney's fees and cost incurred in the above-captioned matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Date: Oct. 1, 2003

Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge